

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00207-CV

| | | |
|---|---|---|
| LOU ANNE PERKINS, Appellant | § | On Appeal from the 362nd District Court |
| v. | § | of Denton County (15-09007-362) |
| | § | December 17, 2020 |
| BARRY HICKS, Appellee | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Lou Anne Perkins shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM